# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>Romano Edward Hansley )<br>)<br>Date of Original Judgment: March 4, 2008 )<br>Date of Previous Amended Judgment: September 12, 2013 )<br>(Use Date of Last Amended Judgment if Any) | Case No: 7:07-CR-42-3FL<br>USM No: 50741-056<br><br>A. Robert Bell, III,<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The amount of cocaine involved is greater than 450 kilograms.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 4, 2008, and September 12, 2013, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 8/5/2015

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*